IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-388-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LAWRENCE LEVON JONES, | ) | |
| | ) | |
| Defendant. | ) | |

Not later than August 26, 2022, the United States shall respond to defendant's pending motions. See [D.E. 375, 378, 391, 392, 434, 453].

SO ORDERED. This 27 day of July, 2022.

JAMES C. DEVER III
United States District Judge