IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-388-D-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| LAWRENCE LEVON JONES | |

This matter comes before the Court upon motion of the United States to seal the government's response at D.E. 467. For good cause shown, the government's response at D.E. 467 shall remain sealed until such time as unsealing is ordered by the Court.

SO ORDERED this the ⎽6⎽ day of September 2022.

JAMES C. DEVER III
United States District Judge