IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-388-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LAWRENCE LEVON JONES, ) | |
| ) | |
| Defendant. ) | |

On September 9, 2022, defendant's court appointed counsel moved to withdraw [D.E. 474]. On September 12, 2022, the court granted the motion to withdraw [D.E. 476]. The Office of the Federal Public Defender shall promptly appoint new counsel.

The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

SO ORDERED. This _13_ day of September, 2022.

JAMES C. DEVER III
United States District Judge